# United States District Court

DISTRICT OF SOUTH DAKOTA

TO:
Microsoft Corporation
Skype
Attention: Online Services
Custodian of Records
One Microsoft Way
Redmond, WA 98052

2017R00246-04

**SUBPOENA TO TESTIFY
BEFORE GRAND JURY**

SUBPOENA FOR:
☐ PERSON ☒ DOCUMENTS OR OBJECT(S)

YOU ARE HEREBY COMMANDED to appear and testify before the Grand Jury of the United States District Court at the place, date, and time specified below.

| PLACE: United States Courthouse 400 South Phillips Avenue Sioux Falls, SD 57104 | DATE AND TIME: July 6, 2017 at 9:00 a.m. |
|---|---|

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Provide the name and address of the subscriber(s), any and all screen names, email addresses, telephone numbers, other subscriber names/ numbers, IP registration information and IP history, length and type of service for the account holder, billing address, and means of service payment for the following account:

pracasify

☐ *Please see additional information on reverse.*

This subpoena shall remain in effect until you are granted leave to depart by the Court or by an officer acting on behalf of the Court.

| CLERK: JOSEPH HAAS | | DATE: May 12, 2017 |
|---|---|---|
| (BY) DEPUTY CLERK: *Shelly Margulies* | | |
| This subpoena is issued upon application of the United States of America. | NAME, ADDRESS AND PHONE NUMBER OF ASSISTANT U.S. ATTORNEY Connie Larson 325 S. First Ave. #300 Sioux Falls, SD 57104 (605)357-2362 connie.larson@usdoj.gov patrice.hink@usdoj.gov (legal assistant) | |