UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| In the matter of a subpoena issued with regard to<br><br>17-050-04-04 | No. 17-mc-00025-VLD<br><br>MOTION TO EXTEND ORDER TO SEAL |

The United States hereby moves this Court for an order extending the sealed period in this matter for 90 days, in that this matter is part of an ongoing, complicated investigation. Disclosure of information contained in the documents filed with the Court could jeopardize this ongoing investigation and/or result in possible witness intimidation.

Dated this 21st day of October, 2019.

RONALD A. PARSONS, JR.
United States Attorney

*Connie Larson*

Connie Larson
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2362
Facsimile: (605)330-4410
E-Mail: connie.larson@usdoj.gov