UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

In the matter of a subpoena issued with regard to

17-050-04-04

No. 17-mc-00025-VLD

ORDER EXTENDING SEALING PERIOD

---

The United States having moved this Court for an order extending the sealing period in this matter, and good cause having been shown therefor, it is hereby

ORDERED:

1. That this matter shall continue to be sealed; and

2. That the Clerk of this Court shall automatically unseal this matter after the passage of 90 days, subject to renewal, unless ordered otherwise by the Court.

Dated: 10-28-19

BY THE COURT:

_____
VERONICA L. DUFFY
UNITED STATES MAGISTRATE JUDGE